In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against SELECT OPERATING CORPORATION, Appellant.

Submitted November 29, 1945; decided January 17, 1946.

*Milton R. Weir, William Klein* and *Adolph Lund* for appellant.

*William E. Grady, Jr., Philip Feldblum* and *Oscar Forster* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER and DYE, JJ. Taking no part: CONWAY and MEDALIE, JJ.